IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | CONSOLIDATED UNDER<br>MDL 875 |
| JOAN FRAWLEY, Individually<br>and as Administratrix of the<br>Estate of TALBOT FRAWLEY, | |
| Plaintiffs | CIVIL ACTION<br>NO. 07-69124 |
| v. | |
| GENERAL ELECTRIC CO., ET AL., | Transferred from the Southern<br>District of New York |
| Defendants. | |

FILED
DEC - 6 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this **2nd** day of **December 2010** it is hereby **ORDERED** that the Report and Recommendation issued by Magistrate Judge Elizabeth T. Hey (doc. no. 46) as to Defendant Exxon Mobil's Motion to Dismiss and Multiple Defendants' Motion to Preclude is **ADOPTED**.[1]

It is further **ORDERED** that Defendant Exxon Mobil's Motion to Dismiss (doc. no. 36) filed on June 16, 2010 is **DENIED** without prejudice on the issue of punitive damages.

It is further **ORDERED** that Defendant Exxon Mobile, Foster Wheeler LLC, and General Electric Co.s' Motion to Preclude (doc. no. 37) filed on June 16, 2010 is **DENIED** without prejudice with

---

[1] No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

1

leave to raise the issue in the transferor court upon remand, for the reasons stated in Magistrate Judge Hey's Report and Recommendation.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**